J. EARLE MILLS, PLAINTIFF-RESPONDENT, v. MONTE CHRISTI CORP., DEFENDANT-PETITIONER.

See same case below: 10 *N. J. Super.* 162.

*Mr. Andrew Lawrie* for the petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs,* and *Mr. Edmund J. Canzona* for the respondent.

February 19, 1951.   Denied.